**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

---

No. 00-60281

---

STEPHEN M. CRAMPTON, Individually and as Natural Parent and
Next Friend of Stephen Joseph Crampton, a Minor; SHELLY P.
CRAMPTON, Individually and as Natural Parent and Next Friend
of Stephen Joseph Crampton, a Minor,

Plaintiffs-Appellants,

VERSUS

TIMOTHY E. ERVIN, Honorable, In His Official Capacity as
Chancellor for the Lee County Chancery Court; RICHARD MAYNARD,
Individually and as Natural Parent and Next Friend of
Matt Maynard, A Minor; CHRIS MAYNARD, Individually and as Natural
Parent and Next Friend of Matt Maynard, A Minor,

Defendants-Appellees.

---

Appeal from the United States District Court
For the Northern District of Mississippi
1:98-CV-295-P-D

---

December 22, 2000

Before JOLLY and DAVIS, Circuit Judges and RESTANI[*], Judge.

PER CURIAM:[**]

AFFIRMED.  See Local Rule 47.6.

---

[*]Judge, U.S. Court of International Trade, sitting by
designation.

[**]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in 5TH CIR. R. 47.5.4.